IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEVIN BARNES,  )
 )
        Petitioner,  )
 )
vs.  )
 )  Case No. 17-cv-1208-JGP-CJP
NANCY A. BERRYHILL,  )
 )
        Respondent.  )
 )

## MEMORANDUM and ORDER

For good cause shown, plaintiff's Motion to Dismiss (Doc. 12) is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a)(2), this cause of action is **DISMISSED** without prejudice and the Clerk of Court is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

**DATE:  February 28, 2018**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT
                                            DISTRICT JUDGE**